**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NERY SAID DIAZ ROSALES**                        **CIVIL ACTION NO. 26-1034**

                                                 **SECTION P**

**VS.**

                                                 **JUDGE DAVID C. JOSEPH**

**SHAD RICE, ET AL.**                            **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Petitioner Nery Said Diaz Rosales, a detainee in the custody of the Department of
Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a
writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner seeks an order "directing Respondents
to show cause, within a time set by the Court, why this Petition should not be granted[.]"  [doc. #
1, p. 17].

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil
Chief of the United States Attorney's Office for the Western District of Louisiana and grant her
access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the
date of this Order, or service of the Petition on the United States Attorney for the Western
District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of
Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary
hearing.

In Chambers, Monroe, Louisiana, this 10th day of April, 2026.

Kayla Dye McClusky
United States Magistrate Judge