UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NERY SAID DIAZ ROSALES

VS.

SHAD RICE ET AL

CIVIL ACTION NO. 1:26-CV-1034
SECTION P

JUDGE DAVID C. JOSEPH

MAGISTRATE JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 7] of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Nery Said Diaz Rosales's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS, DONE AND SIGNED in chambers on this 2nd day of July 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE